UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-cv-02443-SDM-MAP

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

MARRIOTT INTERNATIONAL, INC., a Delaware corporation, d/b/a MIST SUSHI & SPIRITS, RENAISSANCE ORLANDO HOTEL, and SUNSTONE WESTWOOD, LLC, a Delaware limited Liability company,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, KENDRICK E. DULDULAO and Defendants, MARRIOTT INTERNATIONAL, INC., a Delaware corporation, d/b/a MIST SUSHI & SPIRITS, RENAISSANCE ORLANDO HOTEL AT SEAWORLD, and SUNSTONE WESTWOOD LLC, a Delaware limited liability company, by and through their undersigned respective counsel, hereby notify the Court that settlement has been reached in the above styled case. The Settlement Agreement is being circulated for signatures. A Stipulation of Dismissal With Prejudice will be filed with the Court shortly hereafter. Dated this 20th day of January, 2012.

Respectfully submitted,

| | |
|---|---|
| By: s/ B. Bradley Weitz_____ | By: s/ Kara M. Maciel_____ |
| B. Bradley Weitz, Esq. | Kara M. Maciel, Esq. |
| Florida Bar No. 479365 | John Houston Pope, Esq. |
| THE WEITZ LAW FIRM, P.A. | EPSTEIN BECKER & GREEN, PC |
| Attorney for Plaintiff | 250 Park Avenue |
| Bank of America Building | New York, New York 10177-1211 |
| 18305 Biscayne Blvd., Suite 214 | Telephone: (212) 351-4500 |
| Aventura, Florida 33160 | Facsimile: (212) 661-0989 |
| Telephone: (305) 949-7777 | Attorneys for Defendants |

1