UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KENDRICK E. DULDULAO,**
      **Plaintiff,**

v.                                           Case No. 8:11-cv-02443-MSS-MAP

**MARRIOTT INTERNATIONAL, INC.,**
**and SUNSTONE WESTWOOD, LLC,**
      **Defendants.**
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Stipulation of Dismissal with Prejudice, (Doc.17) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 28th day of March, 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party